# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE TO CREDITORS

**DEBTOR(S) INFORMATION:**  
Paul W Williams  
**SSN:** xxx–xx–7260  
**EIN:** N/A  
aw Inc. Golden Light Productions, aw Inc.  
Fulcrum Productions  

1434 6th Street, #9  
Santa Monica, CA 90401  

**BANKRUPTCY NO.** 2:05–bk–25325–EC  
**CHAPTER** 7

Notice with hearing date of 11/24/2010 at 1:30 pm will be amended. Please disregard notice

Dated: October 18, 2010

For The Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form not rev. 5/96) VAN–99

**168 / SQ**