1  Alberta P. Stahl, TRUSTEE
   221 N. Figueroa Street, Suite 1200
2  Los Angeles, CA 90012
   Telephone: (213) 580-7977
3  Facsimile: (213) 482-1647

4  Chapter 7 Trustee

5

6              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
7                   LOS ANGELES DIVISION

8

9  In re                    ) Case No. 2:05-25325-EC
                            ) Chapter 7
10 PAUL W WILLIAMS           )
                            )
11                          ) NOTICE OF UNCLAIMED
                            ) DIVIDENDS UNDER FBRP
12                          ) 3011
            Debtor.          )
13                          )

14

15     **TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES**

16 **BANKRUPTCY COURT:**

17     Please find annexed hereto Check No. 5020 in the sum of $13,716.95 representing the total

18 amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero

19 balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list

20 of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed

21 dividend is attached.

22 Dated: March 22, 2011

23

24

25                                          _____
                                            ALBERTA P. STAHL
26                                          Chapter 7 Trustee

27

28

                                   -1-

| CHECK NO. | NAME & ADDRESS OF CLAIMANTS | DIVIDEND AMOUNT |
|---|---|---|
| 5013 | BERNE KENT & WARD<br>624 S. GRAND AVENUE<br>SUITE 2940<br>LOS ANGELES, CA 90017 | $13,716.95 |

| In re<br>PAUL W WILLIAMS<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 2:05-25325-EC |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012

The foregoing document described **NOTICE OF UNCLAIMED DIVIDEND UNDER FBRP 3011** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 22, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

United States Trustee (LA), ustp.region16@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL:**
On March 22, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Ellen Carroll
U.S. Bankruptcy Court
255 E. Temple Street #1639
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on March 21, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 22, 2011 | CRAIG D. ARON | /S/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*January 2009*